ORIGINAL

FILED
JUN 2 0 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YVONNE BROWN<br>Petitioner<br>v.<br>UNITED STATES OF AMERICA<br>Respondent. | Civil Action No.: 07-400 C |

**PETITION FOR ENTRY IN THE COURT'S DOCKET**

Comes now, Petitioner Yvonne Brown through counsel from the Law Offices of Collins & Talley, LLC hereby requests entry of the above captioned case as a part of the United States Court of Federal Claims docket. As grounds for this petition, Petitioner states as follows:

1. On February 12, 2003 Petitioner through Counsel filed an amended complaint in the United States District Court for the District of Columbia Case No.: 02ca00300 (RMC).

2. Respondent filed a Motion to Dismiss the Amended Complaint and as a result, United States District Court Judge Rosemary M. Collyer in a Memorandum Opinion granted respondent's Motion to Dismiss on July 09, 2003.

3. Petitioner through counsel timely filed a Notice of Appeal dated September 05, 2003(Case No.: 03-5245).

4. The United States Court of Appeals for the District of Columbia Circuit in a *per curium* opinion ruled that Count II of the complaint was the jurisdiction of the United States Court of

Federal Claims because it involved damages sought against the United States of more than $10,000.

5. The Court also ruled that Count's I and III should have been dismissed *without* prejudice.

6. The Court of Appeals remanded the case back to the lower Court in an opinion dated December 3, 2004.

7. On February 22, 2005 Petitioner filed a Motion for Status on the remanded case and requested a hearing on the matter.

8. Petitioner did not receive any correspondence from the court in response to the Status Motion.

9. The last correspondence Petitioner received was the entry of appearance of Alan Burch dated February 02, 2005.

10. Petitioner again filed a Status Motion via electronic filing on January 03, 2007 and the pleading was denied by the Court's clerk office because the case was considered a closed case.

11. On or around March 23, 2007 a former employee of undersigned law firm pulled a copy of the District Court's case history which disclosed the filing of a *Minute Order* dated March 14, 2005 and signed by Judge Rosemary M. Collyer which ruled that jurisdiction in the case lied exclusively in the Court of Federal Claims. The *Minute Order* also dismissed Counts I and III without prejudice. (Exhibit A)

12. Undersigned also became aware that the Court had issued an order dismissing *without prejudice* Count's I and III on February 14, 2005. (Exhibit B)

13. Petitioner nor her undersigned counsel received notice of either order prior to March of 2007.

14. The delay in filing this pleading was due to the inability of Undersigned Counsel to immediately find attorney's that he knew that could submit letters of recommendation on his behalf for submission to the Court of Federal Claims bar.

15. Undersigned Counsel submitted his Petition of Admission along with the admission fee on April 30, 2007.

16. Undersigned Counsel has made several inquiries regarding his status for admission.

17. Undersigned was told by a representative of the Clerk's office that he had in fact been admitted on or around May 07, 2007 and that he would be receiving confirmation from the Court acknowledging that fact.

18. Undersigned has still not received confirmation at the time of filing this pleading and is prepared to refile this petition should the court deem it necessary.

WHEREFORE, Petitioner Yvonne Brown requests that this court enter this case, remanded from the United States Court of Appeals as a part of its docket. Petitioner is prepared to file additional pleadings to effectuate the pursuit of this claim should the court find it necessary.

Respectfully submitted,

Reuben B. Collins, II, #459751
COLLINS & TALLEY, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Petition has been delivered via first class mail filing this 15th day of June, 2007, to the following:

Assistant United States Attorney
Alan Burch
Judiciary Center Building
Civil Division
555 Fourth Street, NW
Washington, DC 20001

Reuben B. Collins, II

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **YVONNE S. BROWN,** | ) |
| **Petitioner** | ) **Civil Action No.:**____________ |
| v. | ) |
| **UNITED STATES OF AMERICA, *et al*,** | ) |
| **Respondent** | ) |

**ORDER**

In accordance with the United States District Court of the District of Columbia Circuit's decision in *Brown v. United States of America, et. al*, No. 02CA300 it is hereby

**GRANTED**________________________________________.

**SO ORDERED.**

**On** This_________day of June 20____.

_____________________________

Honorable Judge

# EXHIBIT A

**Full docket text:**
MINUTE ENTRY ORDER denying [32] Plaintiff's Motion for Hearing. The D.C. Circuit has ruled that jurisdiction in this matter lies exclusively in the Court of Federal Claims. Brown v. United States, 389 F.3d 1296 (D.C. Cir. 2004). Plaintiff's claims in Counts 1 and 3 have been dismissed without prejudice [31]. Signed by Judge Rosemary M. Collyer on 3/14/05. (dyc)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/23/2007 12:16:13 | | | |
| **PACER Login:** | tc0696 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:02-cv-00300-RMC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **YVONNE S. BROWN,** <br> **Plaintiff,** <br> v. <br> **UNITED STATES OF AMERICA, *et al.*,** <br> **Defendants.** | **Civil Action No. 02-300 (RMC)** |

**ORDER**

In accordance with the United States Court of Appeals for the District of Columbia Circuit's decision in *Brown v. United States of America, et. al*, No. 03-5245 (D.C. Cir. Dec. 3, 2004), it is hereby

**ORDERED** that Counts I and III of Plaintiff's amended complaint are **DISMISSED** without prejudice.

**SO ORDERED.**

Dated: February 14, 2005.

/s/
ROSEMARY M. COLLYER
United States District Judge