**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **YVONNE BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 07-400C** |
| **v.** | : | **Judge Wolski** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**CONSENT MOTION TO ENLARGE TIME TO FILE**
**<u>RESPONSE TO DEFENDANT'S MOTION TO STRIKE PETITION FOR ENTRY IN THE COURT'S DOCKET</u>**

**NOW COME** Yvonne Brown, (hereinafter "Plaintiff"), through undersigned counsel, and moves this Court for a ten day enlargement of time to respond to Defendant's Motion to Strike Petition for Entry in the Court's Docket in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. The current response date is September 7, 2007.
2. Plaintiff's counsel originally requested Defendant's consent for a seven day extension to file a reponse on September 7, 2007.
3. Undersigned was additionally delayed in filing the Consent Motion on September 7, 2007 where counsel had to obtain an electronic password for the CM/ECF system in order to file the Consent motion with the Court.
4. Plaintiff moves for an enlargement up to September 17, 2007.

5. This motion is not intended for any delay or dilatory purpose;

6. Defendant consents to this motion.

Respectfully submitted on behalf of Plaintiff,

COLLINS & TALLEY, LLC

September 11, 2007 __________/s/___________________

Reuben B. Collins, II. Esquire

Collins & Talley, LLC
P. O. Box 185
La Plata, MD 20646
(301) 934-4366
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2007, a copy of the foregoing Consent Motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

____________/s/__________________
Reuben B. Collins, II, Esquire

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **YVONNE BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 07-400C** |
| **v.** | : | **Judge Wolski** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>**

1. RCFC Rule 6(b)
2. The record herein.

Respectfully Submitted,

________/s/_______________
Reuben B. Collins
COLLINS & TALLEY, LLC
P.O. Box 1857
La Plata, Maryland 20646

Attorney for Yvonne Brown

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **YVONNE BROWN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 07-400C** |
| **v.** | : | **Judge Wolski** |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon Consideration of Plaintiff's Consent Motion to Enlarge Time to file a Response To Defendant's Motion to Strike Petition For Entry in the Court's Docket and for good cause having been shown, it is by the United States Court of Federal Claims day of _____, day of _____________, 2007.

ORDERED, that the Plaintiff's Consent Motion is hereby granted.

_________________________
Honorable Judge