# In the United States Court of Federal Claims

No. 07-400C
(Filed September 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YVONNE BROWN**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received plaintiff's motion for an enlargement of time to file a response to defendant's motion to strike petition for entry in the Court's docket. Plaintiff indicates that the defendant consents to this motion, and accordingly the motion is **GRANTED**. Plaintiff shall file her response to the motion to strike on or by **September 17, 2007**.

It has been brought to the Court's attention by the Clerk's office that plaintiff's counsel failed to properly signify his signature on the electronically filed document. While the Court will allow the motion to be filed with the Clerk, plaintiff's counsel is reminded that the proper way to sign an electronic document is "s/ Name Of Attorney."

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge