# In the United States Court of Federal Claims

No. 07-400C
(Filed December 4, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**YVONNE BROWN**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to conversations between Chambers and both parties, the Court hereby schedules a hearing by telephone on Monday, December 17, 2007, at 10:00 a.m. At this hearing, the parties shall address the merits of Defendant's Motion to Strike Plaintiff's Petition for Entry in the Court's Docket.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge