# In the United States Court of Federal Claims

NOT FOR PUBLICATION
No. 07-400C
(Filed December 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**YVONNE BROWN**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This matter was the subject of a hearing held yesterday by telephone. It involves a pleading entitled "Petition for Entry in the Court's Docket" submitted on behalf of Yvonne Brown, who is identified as a "petitioner." This was not a complaint, but instead a paper informing the Court of some difficulty that Ms. Brown and her counsel apparently had in receiving word of a district court's dismissal without prejudice of a case brought by Ms. Brown. The government has moved to strike the petition for entry in the Court's docket. This seems appropriate because, as Ms. Brown's counsel admits, Ms. Brown has filed no complaint and thus there is no civil action to be entered in the docket under Rule 79 of the Rules of the United States Court of Federal Claims. Accordingly, the government's motion is **GRANTED**. Since Ms. Brown has filed no complaint, the clerk shall return the filing fee to Ms. Brown.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge